AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>2:24-MJ-05790 | Date and time warrant executed:<br>September 24, 2024 4:00AM | Copy of warrant and inventory left with:<br>Eric Hernandez |

Inventory made in the presence of :
SA Jaclyn Casaceli

Inventory of the property taken and name of any person(s) seized:

-Undetermined amount of US Currency

-Assorted jewelry

-Two cellular telephones

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  9/24/2024

*Joseph Galloro*
*Executing officer's signature*

Special Agent Joseph Galloro
*Printed name and title*